## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

| | | |
|---|---|---|
| **JERRY ALLEN ESTIS, et. al.,** | ) | |
| | ) | **Maury Circuit** |
| **Plaintiffs/Appellees.** | ) | **No. 1759** |
| | ) | |
| **VS.** | ) | **Appeal No.** |
| | ) | **01A01-9709-CV-00513** |
| **WILLIAM CAROLL KELLEY, et. al.,** | ) | |
| | ) | |
| **Defendants/Appellants.** | ) | |

# O R D E R

**FILED**

**January 28, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

The appellent, William Carroll Kelley, has filed a respectful petition to rehear which has been duly considered and is hereby respectfully denied.


ENTER _____


_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION


_____
SAMUEL L. LEWIS, JUDGE


_____
BEN H. CANTRELL, JUDGE